JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH FRIEDMAN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MEDJET ASSISTANCE, LLC.,<br><br>　　　　　Defendants. | CASE NO. CV 09-07585-MMM(VBKx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 28, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE